**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7554

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARK ANTHONY WILLIAMS, a/k/a Michael Nemhardt,
a/k/a Alex Cruz, a/k/a Smiley,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. James C. Fox, Senior
District Judge. (5:97-cr-00142-F-3)

Submitted: December 14, 2006            Decided:  December 21, 2006

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Anthony Williams, Appellant Pro Se. John Samuel Bowler,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Anthony Williams seeks to appeal the district court's orders denying his Fed. R. Civ. P. 60(b) motion and his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Williams, No. 5:97-cr-00142-F-3 (E.D.N.C. July 21, 2006; Aug. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED